Michael L. Greenwald (*pro hac vice*)
Email: mgreenwald@gdrlawfirm.com
Greenwald Davidson Radbil PLLC
5550 Glades Road, Suite 500
Boca Raton, FL 33431
Telephone: (561) 826-5477
Facsimile: (561) 961-5684

Attorney for Plaintiff

Russell R. Yurk (No. 019377)
Email: rry@jhc-law.com
Robert J. Lamb (No. 028833)
Email: rjl@jhc-law.com
Jennings, Haug & Cunningham, L.L.P.
2800 N. Central Avenue, Suite 1800
Phoenix, AZ 85004-1049
Telephone: (602) 234-7800
Facsimile: (602) 277-5595

Attorneys for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cathy Bopp, *on behalf of herself and others similarly situated*,<br><br>Plaintiff,<br><br>vs.<br><br>Healthcare Collections-I, L.L.C.,<br><br>Defendant. | Case No. 2:16-cv-02967-BSB<br><br>**STIPULATION OF DISMISSAL** |

      Cathy Bopp and Healthcare Collections-I, L.L.C., pursuant to Fed. R. Civ. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of Ms. Bopp's claims with prejudice,

and to the dismissal of absent putative class members' claims without prejudice, with each side to bear its own attorneys' fees and costs.

DATED: November 17, 2016          Respectfully Submitted,

/s/ Michael L. Greenwald
Michael L. Greenwald
Greenwald Davidson Radbil PLLC
Counsel for Plaintiff

/s/ Robert J. Lamb
Russell R. Yurk
Robert J. Lamb
Jennings, Haug & Cunningham, LLP
Counsel for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2016, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF System for filing, which caused it to be served on counsel of record through the Court's CM/ECF system.

/s/Cheryl L. Di Modica
1612-261