**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Cathy Bopp, | No. CV-16-02967-PHX-BSB |
| Plaintiff, | **ORDER** |
| v. | |
| Healthcare Collections-I LLC, | |
| Defendant. | |

On September 2, 2016, Plaintiff filed a Complaint on behalf of herself and others similarly situated.  (Doc. 1).  Plaintiff asserted a class action under Federal Rules of Civil Procedure 23(a) and (b).  The parties consented to proceed before a Magistrate Judge (Doc. 14), and the Rule 16 scheduling conference was set for December 13, 2016.  (Docs. 15, 16.)  Before the scheduling conference, and before this matter was certified as a class action, Plaintiff Cathy Bopp and Defendant Healthcare Collections, LLC, filed a stipulation of dismissal with prejudice of Plaintiff Bopp's claims, and dismissal without prejudice of the absent putative class members' claims.  (Doc. 17.)

Accordingly,

**IT IS ORDERED** that Plaintiff Cathy Bopp's claims are dismissed with prejudice, and the claims of the absent putative class members are dismissed without prejudice.  The parties are to bear their own costs and attorney's fees.

**IT IS FURTHER ORDERED** the Rule 16 Joint Case Management Conference set for December 13, 2016 is **VACATED**.

Dated this 21st day of November, 2016.

Bridget S. Bade
United States Magistrate Judge